AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mann, Margaret M. | United States Bankruptcy Court Southern District of CA | 08/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article 1 | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Income From Law Offices of Michael T. O'Halloran and from Thomas Jefferson School of Law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institue | 04/21/2012 to 04/22/2012 | Washington, DC | Speaking at the Conference | meals, airfare and hotel |
| 2. | California Bankruptcy Forum | 05/18/2012 to 05/20/2012 | Rancho Mirage, California | Speaking at the Conference | meals and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS GROWTH FUND OF AMERICA CL C | A | Dividend | K | T | | | | | |
| 2. AMERICAN FUNDS GROWTH FUND OF AMERICA CLASS F | A | Dividend | K | T | | | | | |
| 3. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A | A | Dividend | K | T | | | | | |
| 4. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL B | A | Dividend | K | T | | | | | |
| 5. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL C | A | Dividend | K | T | | | | | |
| 6. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F | C | Dividend | M | T | | | | | |
| 7. AMERICAN FUNDS EUROPACIFIC FUNDS CLASS C | A | Distribution | K | T | | | | | |
| 8. GUGGENHEIM S&P GLOBAL WATER INDEX ETF | A | Dividend | K | T | | | | | |
| 9. ST OF CA VAR RANS A-2 RV BE/R/ 3.000 ▮▮▮ DTD ▮▮▮ | B | Interest | M | T | | | | | |
| 10. DELAWARE SMID CAP GROWTH CLASS C | C | Dividend | L | T | | | | | |
| 11. DELAWARE SMID CAP GROWTH CLASS B | A | Dividend | L | T | | | | | |
| 12. ST OF CA VAR GEN OBLI BN TAX BE/ R/ 5.750 ▮▮▮ DTD ▮▮▮ | A | Interest | L | T | | | | | |
| 13. Genworth Annuity Contract # ▮▮▮ | A | Int./Div. | J | T | | | | | |
| 14. College Save 529 Account - Money Market | A | Dividend | | | Distributed | 08/06/12 | J | | |
| 15. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 16. Wells Fargo Savings | A | Interest | K | T | | | | | |
| 17. Wells Fargo IRA CD 2 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MAN_AHL Diversified I L.P., Class B-1 | A | Interest | M | T | | | | | |
| 19. RMA Money Market Portfolio | A | Interest | M | T | Spinoff (from line 20) | 12/04/12 | K | | |
| 20. UBS Bank Deposit Account | A | Interest | K | T | | | | | |
| 21. ISHARES S&P NORTH AMERICAN NAT RESOURCES SECTOR INDEX FUND | A | Dividend | L | T | | | | | |
| 22. CALIFORNIA EDL FACS AUTH SR A REV FSAC___ BE/R/ 4.000___ | C | Interest | L | T | | | | | |
| 23. COLTON CAL PUB FIN AMBAC RV BE/ R/ 4.500___ | C | Interest | | | Redeemed | 12/20/12 | K | A | |
| 24. EAST BAY CAL MUD WTR SYS REV FSA B/E /R/ 5.000___ | B | Interest | L | T | | | | | |
| 25. LOS ANGELES CNTY CALIF TAX 7 REVE ANTIC NTS -SER C | A | Interest | | | Redeemed | 06/29/12 | K | | |
| 26. LOS ANGELES CA DEPT WTR SER___ FSA B/E /R/ 4.750___ | B | Interest | | | Sold | 06/29/12 | K | A | |
| 27. RANCHO MIRAGE CAL REDEV NPFG OID@9___ BE/R/ 4.625___ | B | Interest | K | T | | | | | |
| 28. SAN JOSE CA UNI S/D FGIC RV BE/R/ 5.000___ | B | Interest | L | T | | | | | |
| 29. COHEN & STEERS REALTY INCOME FUND INC CLASS C | B | Dividend | L | T | | | | | |
| 30. DOW CHEMICAL CO INTRNTS 05.600%___ NT | A | Interest | K | T | | | | | |
| 31. AMBAC FINL GROUP INC 5.950% DUE 02/28/2103 CALLABLE | A | Interest | J | T | | | | | |
| 32. DWS FLOATING RATE FUND | A | Interest | L | T | Buy | 10/24/12 | L | | |
| 33. DWS SHORT DURATION FUND CLASS A | B | Dividend | L | T | | | | | |
| 34. UBS LIQUID ASSETS FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ABBOTT LABS | A | Dividend | J | T | | | | | |
| 36. AFLAC INC | A | Dividend | J | T | | | | | |
| 37. AIR PROD & CHEMICAL INC | A | Dividend | J | T | | | | | |
| 38. AT&T INC | A | Dividend | | | Sold | 05/10/12 | J | | |
| 39. ASTRAZENECA PLC SPON ADR | A | Dividend | J | T | | | | | |
| 40. BANK OF NOVA SCOTIA | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 41. BOEING | A | Dividend | J | T | | | | | |
| 42. BRITISH AMERICAN TOBACCO PLC GB SPON ADR | A | Dividend | J | T | | | | | |
| 43. CLOROX CO. | A | Dividend | J | T | Buy | 10/12/12 | J | | |
| 44. COCA COLA CO COM | A | Dividend | J | T | | | | | |
| 45. COLGATE PALMOLIVE CO | A | Dividend | J | T | | | | | |
| 46. CSX CORP | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 47. DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | J | T | | | | | |
| 48. EMERSON ELECTRIC | A | Dividend | J | T | | | | | |
| 49. FAMCO MLP & ENERGY INCOME INSTITUTIONAL | A | Dividend | K | T | Buy | 10/24/12 | L | | |
| 50. GENL MILLS INC | A | Dividend | J | T | | | | | |
| 51. GLAXO SMITHKLINE PLC ADR | A | Dividend | | | Buy | 08/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GLAXO SMITHKLINE PLC ADR | A | Dividend | | | Sold | 11/12/12 | J | | |
| 53. HOME DEPOT INC | A | Dividend | | | Sold | 10/09/12 | K | | |
| 54. ILLINOIS TOOL WORKS INC | A | Dividend | J | T | | | | | |
| 55. INTEL CORP | A | Dividend | J | T | | | | | |
| 56. JOHNSON & JOHNSON COM | A | Dividend | J | T | | | | | |
| 57. MCDONALDS CORP | A | Dividend | | | Sold | 01/12/12 | J | | |
| 58. MEDTRONIC | A | Dividend | J | T | | | | | |
| 59. NATIONAL GRID PLC NEW SPON ADR | A | Dividend | J | T | | | | | |
| 60. NESTLE S A SPONSORED ADR PEPSTG REG SHS SWITZ ADR | A | Dividend | J | T | | | | | |
| 61. NEXTERA ENERGY INC COM | A | Dividend | J | T | | | | | |
| 62. NORTHEAST UTILITIES | A | Dividend | J | T | | | | | |
| 63. NTT DOCOMO INC ECH REPSTG 1/200TH COMSHS SPON ADR | A | Dividend | | | Sold | 11/12/12 | J | | |
| 64. OCCIDENTAL PETROLEUM CRP | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 65. PEARSON PLC SPON ADR | A | Dividend | J | T | | | | | |
| 66. PEPSICO INC | A | Dividend | | | Sold | 02/13/12 | J | | |
| 67. PRAXAIR | A | Dividend | J | T | | | | | |
| 68. PROCTER & GAMBLE CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RAYTHEON | A | Dividend | J | T | | | | | |
| 70. ROCHE HLDG LTD SPONS ADR SWITZ ADR | A | Dividend | J | T | | | | | |
| 71. S. A. FRANCE SPON | A | Dividend | J | T | Buy | 07/18/12 | J | | |
| 72. SANOFI SPON ADR | A | Dividend | J | T | | | | | |
| 73. TESCO PLC SPONS ADR UNITED KINGDOM | A | Dividend | | | Sold | 01/19/12 | J | | |
| 74. TORONTO DOMINIUM BK NEW CANADA CAD | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 75. S.A. FRANCE SPON ADR | A | Dividend | J | T | Buy | 07/18/12 | J | | |
| 76. UNILEVER PLC AMER SHS NEW SPON ADR | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 77. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 78. UNTD TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 79. VF Corp | A | Dividend | J | T | Buy | 11/12/12 | J | | |
| 80. VEOLIA ENVIRONMENT SPON ADR | A | Dividend | J | T | | | | | |
| 81. VODAFONE GROUP PLC NEW SPONS | A | Dividend | J | T | | | | | |
| 82. 3M CO | A | Dividend | | | Sold | 04/10/12 | J | | |
| 83. AMERICAN FUNDS NEW WORLD FUND CLASS F | C | Interest | M | T | | | | | |
| 84. CITIGROUP CAPITAL IX 6.0000% DUE 02/14/2033 CALLABLE | A | Interest | K | T | | | | | |
| 85. EXXON MOBIL CORP | A | Dividend | | | Sold | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NOVARTIS AG SPON ADR | A | Dividend | J | T | | | | | |
| 87. PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |
| 88. AMERICAN FUNDS 2025 TARGET DATE FUND | B | Dividend | L | T | | | | | |
| 89. Fidelity Simple IRA for Offices of MTO'Halloran | A | Dividend | K | T | | | | | |
| 90. CALIFORNIA ST TAX BE/R/ MAND SINK FND | B | Interest | L | T | | | | | |
| 91. BLACKROCK EQUITY DIVIDEND FUND C | B | Dividend | M | T | | | | | |
| 92. PIONEER STRATEGIC INCOME FUND CLASS C | A | Dividend | K | T | | | | | |
| 93. GE CAPITAL INTERNOTES NTS BE | A | Interest | K | T | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 08/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Due to inadvertent error on my part, certain investments were acquired or sold in previous periods but were not reported. These are listed below.

1.  Line 8 was acquired in part on 3/5/10 and in part on 8/11/10.

2.  Shares of Omnicom were bought on 3/7/11 and sold on 5/9/11.

3.  America Funds Bond Fund of America Class F was sold on 2/1/11.

4.  American Funds Eurpopacific Funds Class C was bought on 3/5/10.

5.  Los Angeles County California Tax 7 Revenue ANTIC NTS - SER C was bought on 6/16/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544